UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    vs.<br><br>DRUSILLA ISABELLE WAGNER,<br>JESUS ARCADIO BARRAZA-MEDINA,<br><br>               Defendants. | 2:19-CR-00192-TOR<br><br>Protective Order |

The United States of America, having applied to this Court for a protective order regulating disclosure of the discovery materials and the confidential information contained therein (the "Discovery") to defense counsel in connection with the Government's discovery obligations, and the Court finding good cause therefore, **IT IS HEREBY ORDERED**:

    1.    The United States' Motion for Protective Order Regulating Disclosure of Discovery (ECF No. 43) is **GRANTED**.

    2.    In an effort to provide for the efficient transfer and review of discovery, the United States may disclose the discovery and sensitive information materials (hereinafter "Discovery") to Nicholas Vieth and Jeffrey Finer who were appointed to represent Defendants.

Protective Order - 1

3. Government personnel and counsel for DRUSILLA ISABELLE WAGNER and JESUS ARCADIO BARRAZA-MEDINA shall not provide, or make available, the sensitive information in the Discovery to any person except as specified in the Order or by approval from this court. Counsel for DRUSILLA ISABELLE WAGNER and JESUS ARCADIO BARRAZA-MEDINA, and the Government shall restrict access to the Discovery, and shall only disclose the sensitive information in the Discovery to their client, office staff, investigators, independent paralegals, necessary third-party vendors, consultants, and/or anticipated fact or expert witnesses to the extent that defense counsel believes is necessary to assist in the defense of their client in this matter or that the Government believes is necessary in the investigation and prosecution of this matter. No copies of discovery shall be left with their client.

4. Third parties contracted by the United States or counsel for DRUSILLA ISABELLE WAGNER and JESUS ARCADIO BARRAZA-MEDINA, to provide expert analysis or testimony may possess and inspect the sensitive information in the Discovery, but only as necessary to perform their case-related duties or responsibilities in this matter. At all times, third parties shall be subject to the terms of the Order.

5. Discovery in this matter will be available to defense counsel via access to a case file on USA File Exchange. If necessary to review discovery with their respective clients, defense counsel may download the discovery and duplicate only once. Discovery materials may not be left in the possession of DRUSILLA ISABELLE WAGNER and JESUS ARCADIO BARRAZA-MEDINA. In order to provide discovery to a necessary third-party vendor, consultant, and/or anticipated fact or expert witness, counsel for DRUSILLA ISABELLE WAGNER and JESUS ARCADIO BARRAZA-MEDINA may duplicate the discovery only once. No other copies may be made, by defense counsel or the defendants, without prior approval from this Court.

6. All counsel of record in this matter, including counsel for the United States, shall ensure that any party, including the Defendant, that obtains access to the Discovery, is provided a copy of this Order. No other party that obtains access to or possession of the Discovery containing sensitive information shall retain such access to or possession of the Discovery containing sensitive information shall retain such access to or possession unless authorized by this Order, nor further disseminate such Discovery expect as authorized by this Order or the further Order of this court. Any other party that obtains access to, or possession of, the Discovery containing discovery information once the other party no longer requires access to or possession of such Discovery shall promptly destroy or return the Discovery once access to Discovery is no longer necessary. For purposes of this Order, "other party" is any person other than appointed counsel for the United States or counsel DRUSILLA ISABELLE WAGNER and JESUS ARCADIO BARRAZA-MEDINA.

7. All counsel of record, including counsel for the United States, shall keep a list of the identity of each person to whom the Discovery containing sensitive information is disclosed and who was advised of the requirements of this Order. Neither counsel for counsel DRUSILLA ISABELLE WAGNER and JESUS ARCADIO BARRAZA-MEDINA nor counsel for the United States shall be required to disclose this list of persons unless ordered to do so by the court.

8. Upon entry of a final order of the Court in this matter and conclusion of any direct appeals, government personnel and counsel for DRUSILLA ISABELLE WAGNER and JESUS ARCADIO BARRAZA-MEDINA shall retrieve and destroy all copies of the Discovery containing sensitive information, except that counsel and government personnel may maintain copies in their closed files following their customary procedures.

9. Government personnel and counsel for DRUSILLA ISABELLE WAGNER and JESUS ARCADIO BARRAZA-MEDINA shall promptly report to the Court any known violations of this Order.

10.    The proposed Protective Order submitted by the Government only applies to "sensitive information."

11.    **IT IS SO ORDERED**.  The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

DATED April 22, 2020.



THOMAS O RICE.
Chief United States District Judge

Protective Order - 4